

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

City of Canton, Appellant

No. 06-23-00027-CV        v.

Lewis First Monday, Inc., Appellee

Appeal from the 294th District Court of Van Zandt County, Texas (Tr. Ct. No. 23-00020). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's denial of the City's plea to the jurisdiction, vacate the trial court's temporary order, and render a take-nothing judgment in favor of the City.

We further order that the appellee, Lewis First Monday, Inc., pay all costs of this appeal.

RENDERED AUGUST 3, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk